296 U.S. 551
 56 S.Ct. 308
 80 L.Ed. 389
 Guy T. HELVERING, Commissioner of Internal Revenue, petitioner,
v.
Francis J. STOKES.*
 No. 545.
 Supreme Court of the United States
 December 9, 1935
 
 The Attorney General, for petitioner.
 On petition for writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit.
 For opinion below, see Commissioner of Internal Revenue v. Stokes, 79 F.(2d) 256.
 PER CURIAM.
 
 
 1
 The petition for writ of certiorari in this case is granted. Decree reversed. Douglas v. Willcuts, 296 U.S. 1, 56 S.Ct. 59, 80 L.Ed. 3, decided November 11, 1935; Helvering v. Schweitzer, 296 U.S. 551, 56 S.Ct. 304, 80 L.Ed. 389, decided this day; Helvering v. Blumenthal, 296 U.S. 552, 56 S.Ct. 305, 80 L.Ed. 390, decided this day.
 
 
 
 *
 Rehearing denied 296 U. S. 665, 56 S. Ct. 380, 80 L. Ed. 474.